UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**RECEIVED**

OCT 29 2025

U.S. District Court
Eastern District of MO
Cape Girardeau

)
)
)
)
)
)
)
)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
(to be assigned by Clerk of District Court)

Plaintiff requests trial by jury:

☐ Yes    ☑ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                    Amanda Jolee Oliver

Street Address          7841 Themis St. Apt 5

City and County         Cape Girardeau, Cape Girardeau

State and Zip Code      MO   63701

Telephone Number        573-841-5259

E-mail Address          amandaoliver67@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name                    United States Federal Government

Job or Title            & The State of Missouri

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The U.S. Federal Government, employers, medical professionals,

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

FBI

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* Amanda J. Oliver , is a citizen of the State of *(name)* missouri .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* United States Federal Government

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.   What happened to you?
2.   When did it happen?
3.   Where did it happen?
4.   What injuries did you suffer?
5.   What did each defendant personally do, or fail to do, to harm you?

## IV.   Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __29__, 20 __25__.

Signature of Plaintiff(s) __Amanda J. Auer__

6

The Federal US government has abused me, exploited me and discriminated against me my entire life. The state of Missouri has accumulated too and it escalated a few years ago they came into my house and drugged me & did hair removal on me they have let people listen to me in my own home and on facebook lives the people on the other side could see and hear me and abused me. they have had employers abuse me, Doctors lie to me and abuse me, police have wrongly abused me, Community Counceling center deny me counceling they have violated my rights as a citezen. they wouldnt let me take classes at college to better myself Because they lie and also made me take an insane test. they have profiled me and have had other people to abuse me and lie to me. they have messed with my food and products as well. they have abused my cats which were pets. They have caused me physical and pychological distress which led me to excessivly drinn alcohol consumption & depression & paranoia and I missed two months of rent and they didnt allow me enough time to get another place to live I was evicted and jailed.

where incarcerated hurt me mentally and cardiovascularly Because they didnt provide me with my metoprolol for my heart for a while. Incarcerated I Bled on my pants Because I have tumors in my uterus and I asked for a clean pair of pants and he didnt get me a new pair and instead put me in solitary confinement for weeks. people in jail other inmates threatined and abused me and they did nothing to repremend them. I continue to have my rights violated to this present day.

I want people to Be subpoenaed and I want 20 million dollars restitution for my pain + suffering my health suffers more now and they have caused me not to Be able to work full time. I also seek this amount for the credit card debt they are responsibly for Because I was Buying alcohol to cope and the Doctors would not give me xanex.

I would also like it to be reported I was abused in the mental hospital in St. Charles and Cape Girardeau in St Charles they forced me to take shots and I wasnt insane or threatening or violent. The Cape Girardeau Southeast Behavorial Hospital also negleted to address Blood pressure and heart pain issues and didnt give me a vitamin or protect me from abusive patients, they also jabbed me with a long needle in my arm which caused mental and physical harm and a nurse said she had a Bullet when I was depressed + said I wanted to blow My brains out.

Dr Knot at community counceling Center in Cape Girardeau forced me to take a vrzedy shot or I couldnt have mental Healthcare when I really need to continue meds that were not harmful and I needed counceling for Alcohol abuse that they denied me

they also let phone numbers come through my phone when I Blocked them and wouldn't help me with restraining orders.

Also I will report they have abused me at churches and also double charged orders to my debit card.

also I want reported they encouraged my ex husband to abuse me.

also I want reported they have denied me the entire realoriginal scriptures from the bible and have messed up all my Bibles

They also deny me access to certain movies and literature and give me insane Books I spend money on and movies I watch.

they shouldnt Be able to do and continue to do to me what they do and violate my constitutional + human rights, I want restitution and I want rights and I want security

I also would like to add I'm disturbed with the fake news and not knowing the truth

Also I want to report about 20 years ago the police wrongfully arrested me when I was going to ask them a question and they put me in a jail cell and harrassed me and pushed me I went to defend myself and they Banged my head on a Bench and maced me and sent me home.

I would also report they lied to me about my moms cancer and condition

Also on a Christian
Dating website the
government had men
catfish me and abuse me